

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK

DOCUMENT REJECTION ORDER

```
U.S. DISTRICT COURT - N.D. OF N.Y.
       F I L E D
       NOV 29 2005
AT ____ O'CLOCK ____
Lawrence K. Baerman, Clerk - Syracuse
```

Re:    USA                              vs.    Maynard Dennis

Case Number:  5:04-cr-04 (NAM)

Papers Rejected:

Letter addressed to the Court from Maynard Dennis, received 11/29/05.

**ORDERED** that the enclosed paper(s) in the above-entitled action have been rejected and returned herewith by the Court, for the following reason(s) checked below. Please read this list carefully to correct the mistakes in your papers. After you correct your papers, you may return them to the Clerk's Office for processing TOGETHER WITH THIS Rejection Order.

1. [ ] The Clerk's Office is unable to determine in which of your cases to file this document. Please indicate the correct case number on the document and resubmit.

2. [ ] Discovery materials are not filed with the clerk unless specifically directed by the court, or when submitted in support of motion filed pursuant to Rule 37 of the Federal Rules of Civil Procedure. See Local Rule 26.2.

3. [X] Papers cannot be filed without some indication that they have been served on your opponent(s) or their attorney(s). See Local Rule 5. l(a). The Clerk's Office will not forward copies of your papers to opposing counsel.

4. [ ] Only original documents will be accepted by the Court for filing.

5. [ ] Original documents cannot be written in pencil. See Local Rule 10.1.

6. [ ] The clerk has been directed to return this document without filing by Order of the court.

7. [ ] An unsigned copy of the proposed amended pleadings must be attached to a motion brought under Rules 14, 15 and 19-22 of the Federal Rules of Civil Procedure. See Local Rule 7. 1 (a)(4).

8. [X] Other:  (1) The Court's docket indicates that you currently are represented by counsel. All submissions to the Court for filing must be submitted by your attorney of record.
(2) Currently Jurisdiction of this action lies with the Second Circuit, U.S. Court of Appeals, all inquiries regarding your appeal must be made to the Second Circuit.

SO ORDERED,

*[signature]*
U.S. District Judge Norman A. Mordue

Dated: *November 29, 2005*

Note: A copy of this Order has been served upon the parties to this action.

Revised: 4/26/01

Maynard Dennis 12358-052
Allenwood Low Federal Bureau of Prisons
PO Box 1000
White Deer, PA 17887


Court Clerk
U.S. Courthouse
100 South Clinton St
Syracuse, N.Y. 13260

U.S DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK
NOV 29 2005
RECEIVED

Attention: Court Clerk


Subject: New Counsel for Appeal Process

Dear Court Clerk,
On September 14th, 2005, a Notice Of Appeal was filed on my behalf by David Secular, my previous attorney at The Federal Public Defenders Office. As of this day, I have heard nothing pertaining to this motion. Should I have been appointed a new attorney in this matter because the Notice of Appeal pertained to Ineffective Assistance of Counsel? If so, I have not been notified or forwarded any information as to whom my counsel is to be.

Sincerely,


Maynard Dennis